# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD V. MUELLER, JR.,**

**Petitioner,**

**v.**

**WARDEN BRADLEY J. ROBERT,**

**Respondent.**                                       **No. 08-CV-185-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court for purpose of docket control.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 2, 2011, the petition is **DISMISSED** and this case is **DISMISSED** with prejudice.------------------------------------------------------------------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
        **Deputy Clerk**

Dated: September 6, 2011

Digitally signed by David R. Herndon
Date: 2011.09.06 13:15:44 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT